■ In the Matter of PATRICK VAHEY, Petitioner, against COURT OF SPECIAL SESSIONS OF THE CITY OF NEW YORK et al., Respondents.—Application pursuant

to section 66 of the Civil Practice Act denied, without costs. Cross motion to dismiss petition in proceeding pursuant to article 78 of the Civil Practice Act, and for other relief. Motion dismissed, without costs. There is no proceeding pending in this court to which an application pursuant to section 1293 of the Civil Practice Act may be interposed. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.